# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DESMOND ABERNATHY, : | |
| Plaintiff : | |
| : | CIVIL ACTION |
| v. : | NO. 17-2784 |
| : | |
| CITY OF PHILADELPHIA, *et al.*, : | |
| Defendants. : | |

## ORDER

**AND NOW**, this 8th day of May, 2019, it is hereby **ORDERED** that the above-captioned matter shall be **REMOVED** from the Prisoner Civil Rights Panel because no attorney has agreed to accept appointment in this case. In light of Plaintiff's expressed desire to move forward with this case even if a member of the Prisoner Civil Rights Panel did not agree to represent him (*see* ECF No. 22), he must now represent himself (proceed *pro se*).

It is further **ORDERED** that this case shall be **REMOVED** from **SUSPENSE**.

It is further **ORDERED** that Plaintiff shall respond to Defendant City of Philadelphia's Motion to Dismiss (ECF No. 8) **on or before June 20, 2019**.

BY THE COURT:

/s/ C. Darnell Jones, II
C. DARNELL JONES, II          J.